# ATTACHMENT A

*Redacted Docket Materials*

## **ATTACHMENT A**

Person(s) identified as subject(s) of investigation: █████